# ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 SEP 14 PM 2: 45

CLERK _B McCarthy_
SO. DIST. OF GA.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF GEORGIA

## AUGUSTA DIVISION

| | | |
|---|---|---|
| LUCILLE VAUGHN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 104-097 |
| | ) | |
| JO ANNE B. BARNHART, Commissioner | ) | |
| of Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After a careful *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation to which objections have been filed. Accordingly, the

Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the

Court. Therefore, the Commissioner's final decision is **AFFIRMED**, this civil action is

**CLOSED**, and a final judgment is **ENTERED** in favor of the Commissioner.

SO ORDERED this _14th_ day of September, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

# United States District Court
## *Southern District of Georgia*

ATTORNEYS SERVED:

JEANNE D. HARRISON
EDMUND A. BOOTH, JR.

CASE NO:         CV104-097

DATE SERVED:  09/14/05

SERVED BY:     JOE HOWELL

☐   Copy placed in Minutes

☑   Copy given to Judge

☑   Copy given to Magistrate